ALEXVALE FURNITURE v. ALEXANDER & ALEXANDER

No. 203P89.

Case below: 93 N.C. App. 478.

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 26 July 1989.

BARKER v. AGEE

No. 224PA89.

Case below: 93 N.C. App. 537.

Petition by defendants/third-party plaintiffs for discretionary review pursuant to G.S. 7A-31 allowed 26 July 1989.

FINK v. REDDING

No. 231P89.

Case below: 93 N.C. App. 790.

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 26 July 1989.

IN RE FORECLOSURE OF FIRST RESORT PROPERTIES

No. 283A89.

Case below: 94 N.C. App. 99.

Petition by Billings for discretionary review pursuant to G.S. 7A-31 and Appellate Rule 16(b) as to additional issues allowed 31 July 1989.

N.C. BAPTIST HOSP. v. FORSYTH CO.
DEPT. OF SOCIAL SERV.

No. 204P89.

Case below: 93 N.C. App. 513.

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 26 July 1989.